PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender:  Anthony Rene Tunchez                     Case Number: 1:22-CR-110(1)-LY

Name of Sentencing Judicial Officer:  Honorable John D. Rainey, Senior U.S. District Judge

Date of Original Sentence:  August 5, 2019

Original Offense: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2)

Original Sentence: 15 months imprisonment followed by two (2) years of supervised release with special conditions to include: substance abuse and mental health treatment, substance abuse testing, no possession of controlled substance without valid prescription, no possession or use of psychoactive substances, and a $100.00 special assessment (satisfied)

Type of Supervision: Supervised Release        Date Supervision Commenced: January 28, 2022

Assistant U.S. Attorney:  Patricia H. Booth        Defense Attorney: Micah W. Hatley (Appointed)

---

### PREVIOUS COURT ACTION

On May 16, 2022, the Court was notified that the offender submitted a positive urine specimen for marijuana on April 28, 2022. No Court action was taken as the offender was enrolled in outpatient substance abuse/mental health treatment and random drug testing program to monitor for any further illegal drug usage.

On July 27, 2021, jurisdiction was transferred from the Southern District of Texas, Corpus Christi Division to the Western District of Texas, Austin Division, under Docket No. 1:22-CR-110(1)-LY.

Anthony Rene Tunchez
Report on Offender Under Supervision
Page 2

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 3:** "You must refrain from any use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."

**Nature of Non-compliance:** On June 27, 2022, Tunchez tested positive for marijuana via a sweat patch. Additionally, on July 6, 2022, he submitted a positive urinalysis for marijuana which was due to residual marijuana usage.

**U.S. Probation Officer Action:** The contact was made with the defendant to discuss his illegal drug usage. The defendant admitted to use of marijuana verbally and in writing. Tunchez admitted to using marijuana to cope with learning his father was diagnosed with stomach cancer. It is respectfully recommended that no Court action be taken at this time, and that the offender be allowed to continue substance abuse/mental health treatment so he can continue working on correcting his impulse control and substance abuse issues.

Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Tunchez incur any further violations, the Court will be notified immediately.

Respectfully submitted,

Bartosz Szatkowski
Sr. United States Probation Officer
Date: 7/20/2022

Approved: _____
Craig A. Handy, Supervising
United States Probation Officer

Anthony Rene Tunchez
Report on Offender Under Supervision
Page 3

---

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: July 20, 2022